# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYSIGHT TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | Case No. 2:22-cv-00002-AWA-DEM |

**STATUS REPORT OF DEFENDANT'S FILING OF
PETITIONS FOR *INTER PARTES* REVIEW OF ASSERTED PATENTS**

In response to the Court's Order of September 12, 2022 (Dkt. No. 50), Defendant Keysight Technologies, Inc. ("Keysight") provides this Status Report addressing additional petitions Keysight has filed with the Patent Trial and Appeal Board requesting institution of *Inter Partes* Review ("IPR") of patents asserted in this case.

Since its last filing, Keysight has filed three additional IPR petitions challenging the validity of patents asserted by Plaintiff Centripetal Networks, Inc. in this case. Two of those patents (Patent Nos. 10,681,009 and 10,609,062) are not asserted in the parallel ITC investigation. The third challenged patent (Patent No. 10,284,526) is asserted in the ITC. In addition, Keysight expects to file in September an additional IPR petition challenging another patent asserted in this case, but not in the ITC (Patent No. 10,511,572).

As set forth in the table below, once that additional IPR petition is filed in September, six of the eleven asserted patents in this case will be asserted in the ITC and/or the subject of IPR petitions, with **bold** font indicating petitions filed since the briefing concluded on Keysight's motion to stay:

| Patent No. | IPR Case No. | IPR Filing Date | Asserted In ITC? |
|---|---|---|---|
| 9,264,370 | *Not eligible for IPR* | | Yes |
| 10,193,917 | IPR2022-01097 | June 2, 2022 | Yes |
| **10,681,009** | **IPR2022-01421** | **August 12, 2022** | **No** |
| **10,284,526** | **IPR2022-01525** | **September 12, 2022** | **Yes** |
| 10,609,062 | IPR2022-01535 | September 13, 2022 | No |
| 10,511,572 | *IPR petition forthcoming* | | No |

Keysight continues its investigation of prior art relevant to the remaining asserted patents in this case and, subject to the statutory deadline, may file up to five additional IPRs challenging patents that are not asserted in the ITC.  Any remaining IPR petitions will be filed no later than January 6, 2023.  35 U.S.C. § 315(b) (IPR petitions time-barred if filed more than one year after service of a complaint alleging infringement).  Keysight will promptly inform this Court of any additional IPRs it files.

Dated:  September 14, 2022                              Respectfully submitted,

                                By:    /s/_____
                                       William R. Poynter (VSB #48672)
                                       KALEO LEGAL
                                       4456 Corporation Lane, Suite 135
                                       Virginia Beach, VA 23462
                                       Telephone: (757) 238-6383
                                       Facsimile: (757) 304-6175
                                       wpoynter@kaleolegal.com

                                       Jonah D. Mitchell
                                       jmitchell@reedsmith.com
                                       Christine M. Morgan
                                       Email: cmorgan@reedsmith.com
                                       John P. Bovich
                                       Email: jbovich@reedsmith.com
                                       Seth Herring
                                       sherring@reedsmith.com

Reed Smith LLP (CA-NA)
101 Second St
Suite 1800
San Francisco, CA 94105
Phone: (415) 543-8700
Fax: (415) 391-8269
PRO HAC VICE
*Counsel for Keysight Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on September 14, 2022 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users.

By: /s/
William R. Poynter (VSB #48672)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com