**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| CENTRIPETAL NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:22-cv-00002-AWA-DEM |
| | ) | |
| vs. | ) | |
| | ) | |
| KEYSIGHT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF CENTRIPETAL NETWORKS, INC.'S
STATUS OF *INTER PARTES* REVIEW OF
CENTRIPETAL'S ASSERTED PATENTS**

Plaintiff Centripetal Networks, Inc. ("Centripetal"), hereby notifies the Court the current

status of *inter partes* reviews ("IPR") in this matter.

| U.S. Patent No. | IPR filed | Status |
|---|---|---|
| 10,193,917 | Yes | Institution decision approximately December 21, 2022 |
| 10,284,526 | Yes | Institution decision approximately April 2023 |
| 10,609,062 | Yes | Institution decision approximately April 2023 |
| 10,681,009 | Yes | Institution decision approximately March 2023 |
| 9,264,370 | No | N/A |
| 10,511,572 | No | N/A |
| 10,567,343 | No[1] | N/A |
| 10,659,573 | No[2] | N/A |
| 10,785,266 | No[3] | N/A |
| 10,924,456 | No | N/A |
| 11,012,474 | No | N/A |

Respectfully submitted,

Dated:  September 15, 2022

/s/ Stephen E. Noona
Stephen Edward Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)

---

[1] Institution was denied in a separate IPR proceeding (IPR2021-01155).
[2] Institution was denied in a separate IPR proceeding (IPR2021-01151).
[3] Institution was denied in a separate IPR proceeding (IPR2021-01154).

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will automatically send notification of

electronic filing to all counsel of record.

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com