IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CENTRIPETAL NETWORKS, LLC
f/k/a CENTRIPETAL NETWORKS, INC.,

    Plaintiff,

v.                                                                                  Civil Action No. 2:22-CV-00002

KEYSIGHT TECHNOLOGIES, INC.,

    Defendant.

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Lift the Stay and Reopen Case ("Motion"). ECF No. 59. On March 20, 2023, the Court stayed this matter pending the outcome of an International Trade Commission ("ITC") investigation involving three of the asserted patents. Mem. Order at 12, ECF No. 57. During the intervening time, the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review of seven of the eleven asserted patents. Notice, ECF No. 65. Plaintiff requests the Court lift the stay as to four of the asserted patents once the ITC reaches its Final Determination, which is anticipated to be December 8, 2023. Pl.'s Mem. in Supp. at 2, 8, ECF No 60.

Plaintiff's Motion seeks prospective relief that is dependent on the conclusion of the ITC investigation and any subsequent appeals.[1] As such, the Court finds it appropriate to take the Motion UNDER ADVISEMENT until the ITC proceedings are final.

---

[1] The patents currently before the ITC are subject to a mandatory stay "until the determination of the Commission becomes final." 28 U.S.C. § 1659(a). The Commission's determination is not final until the proceedings are no longer subject to judicial review. *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007); *see also* 19 U.S.C. § 1337(c) (providing any person adversely affected by the ITC's final determination sixty days to appeal the decision to the Court of Appeals for the Federal Circuit).

Accordingly, the status conference scheduled to occur on **September 14, 2023 at 2:00 p.m.** is hereby CANCELLED. The Court ORDERS the parties to file a joint notice as soon as practicable, but in any event no later than sixty days after the ITC issues its Final Determination. That joint notice must include:

- the outcome of the ITC investigation;
- whether either party has appealed or intends to appeal the ITC decision; and
- a summary of the status of PTAB proceedings.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 13, 2023