IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, )<br>f/k/a CENTRIPETAL NETWORKS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>KEYSIGHT TECHNOLOGIES, INC., )<br>*Defendant*. )<br>) | No. 2:22-cv-00002-EWH-DEM |

## NOTICE OF STATUS OF RELATED PROCEEDINGS

Defendant Keysight Technologies, Inc. ("Keysight") hereby submits this Notice to inform the Court of an update to the schedule of related proceedings before the International Trade Commission ("ITC"). On October 10, 2023, the ITC issued a Notice that it had determined to extend the date by which it must determine whether to review the final initial determination issued in the ITC proceedings to November 30, 2023, and to extend the target date for completion of the investigation from December 8, 2023, to January 29, 2024.

Dated:  October 16, 2023

Respectfully submitted,

By:  */s/ William R. Poynter*
William R. Poynter (VSB #48672)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com

Jonah D. Mitchell (pro hac vice)
jmitchell@reedsmith.com
Christine M. Morgan (pro hac vice)
]cmorgan@reedsmith.com
John P. Bovich (pro hac vice)
jbovich@reedsmith.com
Seth Herring (pro hac vice)

- 2 -

sherring@reedsmith.com
Reed Smith LLP (CA-NA)
101 Second St
Suite 1800
San Francisco, CA 94105
Phone: (415) 543-8700
Fax: (415) 391-8269

*Counsel for Keysight Technologies, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on October 16, 2023 with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all registered users.

By:   /s/ *William R. Poynter*
William R. Poynter (VSB #48672)

**KALEO LEGAL**
4456 Corporation Lane, Suite 135 Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
Email: wpoynter@kaleolegal.com