# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) |
| | ) |
|     Plaintiff, | )    Case No. 2:22-cv-00002-EWH-DEM |
| | ) |
| v. | ) |
| | ) |
| KEYSIGHT TECHNOLOGIES, INC., | ) |
| | ) |
|     Defendant. | ) |

## KEYSIGHT TECHNOLOGIES, INC.'S
## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Keysight Technologies, Inc. ("Keysight") hereby makes the following disclosures, which amends and supersedes the Corporate Disclosure Statement filed on March 3, 2022 (D.N. 27):

1. Keysight has no parent corporation.

2. Blackrock, Inc. (NYSE: BLK) owns 10% or more of Keysight's stock.

Dated: February 16, 2024                              Respectfully submitted,

/s/_____
William R. Poynter (VSB #48672)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com

Jonah D. Mitchell
jmitchell@reedsmith.com
Christine M. Morgan
Email: cmorgan@reedsmith.com
John P. Bovich
Email: jbovich@reedsmith.com

- 2 -

    Seth Herring
    sherring@reedsmith.com
    Reed Smith LLP (CA-NA)
    101 Second St, Suite 1800
    San Francisco, CA 94105
    Phone: (415) 543-8700
    Fax: (415) 391-8269
    PRO HAC VICE

    *Counsel for Defendant,*
    *Keysight Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system that will send notification of such filing to all counsel of record.

                                        */s/ William R. Poynter*

                                        William R. Poynter (VSB No. 48672)
                                        KALEO LEGAL
                                        4456 Corporation Lane, Suite 135
                                        Virginia Beach, Virginia 23462
                                        Telephone: (757) 238-6383
                                        Facsimile: (757) 304-6175
                                        wpoynter@kaleolegal.com